UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
22-10185-IT

UNITED STATES OF AMERICA

v.

SHI RONG ZHANG, QIU MEI ZENG, CHENGZOU LIU,
VINCENT FENG, WEI QING ZENG, XIAN RONG ZENG,
and QIU FANG ZENG

### INITIAL SCHEDULING ORDER

August 9, 2022

DEIN, M.J.

The above named defendants have been arraigned before this court on **August 9, 2022**, and have elected to proceed under the automatic discovery rules. Accordingly, the parties shall comply with their discovery obligations set forth in the Local Rules, D. Mass. ("LR") 116.1 through 116.4. Furthermore, it is HEREBY ORDERED that:

1. The date for the completion of Automatic Discovery under LR 116.1(c) and for the disclosure of exculpatory evidence under LR 116.2(b)(1) is **August 30, 2022**. The parties are reminded of their obligation under LR 116.1(c) to notify the court as soon as practicable of any issues that require an alternative discovery schedule.

2. The Initial Status Conference will be held on **September 12, 2022, at 10:00 AM in Courtroom #15 on the 5th Floor**.[1] The Joint Memorandum addressing those items set forth in LR 116.5(a) shall be filed on or before the close of business on **September 7, 2022**.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will not be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference. See Fed. R. Crim. P. 43(c)(3).